# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SONNY LEE TAYLOR**                                                                                          **PLAINTIFF**

v.                                              **2:19-cv-00162-BRW-JJV**

**ANDREW SAUL, Commissioner,**
**Social Security Administration,**                                                                           **DEFENDANT**

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.  Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 11th day of June, 2020.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE