**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**SONNY LEE TAYLOR**                                                                    **PLAINTIFF**

**v.**                                        **2:19-cv-00162-BRW-JJV**

**ANDREW SAUL, Commissioner,
Social Security Administration,**                                        **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with Order filed today, the Commissioner is affirmed and Plaintiff's

Complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of June, 2020.


<u>Billy Roy Wilson_____</u>
UNITED STATES DISTRICT JUDGE